MCKOOL SMITH P.C.
Peter S. Goodman
One Bryant Park, 47th Floor
New York, NY 10036
Telephone: (212) 402-9400
Facsimile: (212) 402-9444

- and –

MCKOOL SMITH P.C.
Basil A. Umari (*pro hac vice*)
Nicholas Zugaro (*pro hac vice*)
600 Travis, Suite 7000
Houston, TX 77002
Telephone: (713) 485-7300
Facsimile: (713) 485-7344

Counsel to the Liquidating Trustee

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------x

| | |
|---|---|
| In re | Chapter 11 Case No. |
| **BEARINGPOINT, INC., et al.,** | 09 - 10691 (REG) |
| Debtors. | (Jointly Administered) |

------------------------------------------------------------x

| | |
|---|---|
| JOHN DeGROOTE SERVICES, LLC, | |
| Plaintiff | |
| vs. | Adversary No. 11-1471-reg |
| CHOICEPOINT GOVERNMENT SERVICES, INC., | |
| Defendant. | |

------------------------------------------------------------x

## AFFIDAVIT OF SERVICE

STATE OF TEXAS § 

COUNTY OF HARRIS §

Nancy J. Jones, being duly sworn deposes and says:

Dallas 321293v1                                1

1. That deponent is not a party to this action, is over 18 years of age and is employed by the law firm of McKool Smith, P.C. with a place of business located at 600 Travis, Suite 7000, Houston, Texas 77002.

2. That on the 22nd day of February 2011, I caused to be served by first class certified mail, postage prepaid, a true copy of the **Complaint to Avoid and Recover Preferential Transfers Pursuant to 11 U.S.C. §§ 547 and 550** and *Summons and Notice of Pretrial Conference in an Adversary Proceeding* upon Defendant, as follows:

> Choicepoint Government Services, Inc.
> Attn: Chief Executive Officer
> 1430 Spring Hill Road Suite 600
> McLean, VA 22102
>
> Choicepoint Government Services, Inc.
> Attn: Registered Agent, Corporation Service Company
> 11 South 12th Street
> P O Box 1463
> Richmond, VA 23218-0000

Further Affiant sayeth naught.

_____
Nancy J. Jones

Sworn to and subscribed before me on this 18th day of April 2011.

_____
Notary Public, State of TEXAS

NANCY L. SAUTER
Notary Public, State of Texas
My Commission Expires 07-02-2012