UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x
                                                             :
<u>In</u> <u>re</u>                                          :     Chapter 11 Case No.
**BEARINGPOINT, INC., <u>et</u> <u>al.</u>,**               :     09 - 10691 (REG)
Debtors.                                                     :     (Jointly Administered)
                                                             :
-------------------------------------------------------------x
                                                             :
**JOHN DeGROOTE SERVICES, LLC,**                             :
    Plaintiff                            :
                                                             :
vs.                                                          :     Adversary No. 11-01471
                                                             :
**CHOICEPOINT GOVERNMENT**                                   :
**SERVICES, INC. and LEXISNEXIS RISK**                       :
**SOLUTIONS GA INC.,**                                       :
    Defendants.                          :
-------------------------------------------------------------x

## STIPULATED SCHEDULING ORDER

Upon the scheduling conference held on May 19, 2011, and John DeGroote Services, LLC as Liquidating Trustee ("<u>Liquidating Trustee</u>") for the BearingPoint, Inc. Liquidating Trust and LexisNexis Risk Solutions Ga Inc. ("<u>LNRSGI</u>") now agree upon the following stipulated schedule regarding this adversary proceeding:

Therefore, it is hereby ORDERED that:

1. LNRSGI stipulates that BearingPoint, Inc. ("BearingPoint") transferred $390,000 of its cash for the benefit of LNRSGI, a creditor of BearingPoint, Inc. on account of antecedent debt owed by BearingPoint before such transfer was made.

2. Based on this stipulation, the Liquidating Trustee will file an amended complaint on or before June 1, 2011 which will be identical in substance to the complaint filed on May 9, 2011 but dismissing defendant ChoicePoint Government Services, Inc.

3. LNRSGI and the Liquidating Trustee will continue informal settlement negotiations until June 30, 2011.

4. If no settlement is reached by June 30, 2011, factual discovery will commence on July 1, 2011 and continue until October 14, 2011.

5. Initial expert reports, if any, will be due on or before December 1, 2011.

6. Discovery regarding initial experts will commence on December 2, 2011 and continue until January 4, 2012; and

7. Rebuttal expert reports, if any, will be due on or before March 1, 2012.

8. Discovery regarding rebuttal experts, if any, will commence on March 2, 2012 and continue until April 2, 2012.

9. The parties may extend the foregoing deadlines by mutual agreement. Nothing herein shall be construed as prohibiting either party from seeking an extension of any deadline by Court order, should the parties not be able to mutually agree with respect to any such issues arising in the future.

10. The Court will hold a pretrial conference on April __, 2012.

11. The Court shall retain jurisdiction to hear and determine all matters arising from the implementation of this Order.

MCKOOL AND SMITH P.C.

*/s/ Peter S. Goodman*

Peter S. Goodman
One Bryant Park, 47th Floor
New York, NY 10036
Telephone: (212) 402-9400
Facsimile: (212) 402-9444

Robert Manley (*pro hac vice*)
300 Crescent Court, Suite 1500
Dallas, Texas 75201
Telephone: (214) 978-4000
Facsimile: (214) 978-4044

Basil A. Umari (*pro hac vice*)
600 Travis, Suite 7000
Houston, TX 77002
Telephone: (713) 485-7300
Facsimile: (713) 485-7344

*Attorneys for the Liquidating Trustee*

THOMPSON HINE LLP

*/s/ Barry M. Kazan*
Barry M. Kazan
335 Madison Avenue, 12th Floor
New York, New York 10017
Telephone: (212) 908-3921
Facsimile: (212) 344-6101

Lawrence T. Burick
10 West Second Street
Dayton, Ohio 45402
Telephone: (937) 443-6625
Facsimile: (937) 443-6635

*Attorneys for LexisNexis Risk Solutions Ga Inc.*

SO ORDERED.

Dated: New York, New York
May *24*, 2011

                                        *s/ Robert E. Gerber*
                                        ROBERT E. GERBER
                                        UNITED STATES BANKRUPTCY JUDGE